IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CASCADIA WILDLANDS, KLAMATH-SISKIYOU WILDLANDS CENTER, and OREGON WILD, | Case No. 6:21-cv-01487-MC |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| BUREAU OF LAND MANAGEMENT and UNITED STATES DEPARTMENT OF THE INTERIOR, | |
| Defendants, | |
| and | |
| DOUGLAS COUNTY, OREGON and AMERICAN FOREST RESOURCE COUNCIL, | |
| Intervenor-Defendants. | |

**MCSHANE, Judge**:

Based on the record, judgment for Defendants.

IT IS SO ORDERED.

DATED this 27 day of March, 2023.

s/ Michael J. McShane
**Michael J. McShane**
**United States District Judge**

1 - JUDGMENT